**FILED**
MAR 25 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**FILED**
MAR 21 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    vs.<br><br>MARICELA ACUNA (2),<br><br>23682298    Defendant. | CASE NO. 11CR0904-DMS<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

**X** the Court has granted the motion of the Government for dismissal; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

**X** of the offense(s) on the Information of:

21:841(a)(1); 18:2 - Possession of Marijuana with Intent to Distribute; Aiding and Abetting (Felony)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/21/11

*[signature]*
LOUISA S PORTER
UNITED STATES MAGISTRATE JUDGE

I have executed within DISMISSED
Judgment and Commitment on 3/24/11
United States Marshal
By: *[signature]*
USMS Criminal Section

ENTERED ON _____